IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TED D. UFFMAN                                                                      PLAINTIFF

       v.                              CIVIL NO. 12-3052

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 11, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. Subsequently, an order was issued directing Plaintiff to provide more information regarding his bankruptcy proceedings. ECF No. 4. On April 25, 2012, Plaintiff requested additional time to file his amended IFP application. ECF No. 5. As a result, the undersigned granted Plaintiff an additional fourteen (14) days to comply with the court's order. As of this date, Plaintiff has failed to comply with the court's order, nor has he requested additional time to submit his amended IFP application. As such, the undersigned recommends that Plaintiff's IFP application be denied.

Accordingly, the undersigned recommends that Plaintiff's IFP application be denied and he be ordered to tender the filing fee of $350.00. **The parties have <u>fourteen</u> days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

AO72A
(Rev. 8/82)

ENTERED this 22nd day of May 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)