IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TED D UFFMAN             PLAINTIFF

v.            Case No. 3:12-CV-03052

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration        DEFENDANT

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 6) filed in this case on May 22, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The objection period has passed without objections being filed by either party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED that Plaintiff's Motion to proceed *in forma pauperis* (doc. 2) is DENIED, and Plaintiff is directed to pay the filing fee of $350.00 by July 27, 2012. Should Plaintiff fail to comply by that deadline, his Complaint may be dismissed for failure to obey a court order.

IT IS SO ORDERED this 27th day of June, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE