IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TED D. UFFMAN                                                                                          PLAINTIFF

v.                                        Civil No. 3:12-cv-03052-PKH-JRM

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                     DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On April 11, 2012, Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. On June 27, 2012, an order was entered denying Plaintiff's IFP motion and directing him to tender the filing fee by July 27, 2012. ECF No. 7. Plaintiff failed to comply with the order or request additional time to tender the filing fee. As a result, Plaintiff was directed to show cause by August 14, 2012, as to why his case should not be dismissed. ECF No. 9. Plaintiff failed to respond to the show cause order. Accordingly, the undersigned recommends dismissal of the present action for failure to obey a court order. Fed. R. Civ. P. 41(b).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 15th day of August 2012.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE